IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DUSTIN D. COFFMAN,

            *Plaintiff*,

vs.                                              Case No. 16-1109-EFM

CHRISTIE ANN KREBS, *et al*,

            *Defendants.*

**ORDER**

This matter is before the Court on Magistrate Judge Kenneth G. Gale's Report and Recommendation (Doc. 4) that the Plaintiff's Motion for IFP status be granted, but that Plaintiff's Complaint be dismissed with prejudice for failure to state a claim.

Plaintiff signed up to receive all court filings via email and thus received notice of the Report and Recommendation as soon as it was filed on April 27, 2016. Plaintiff was advised he was to file written objections to the proposed recommendation within fourteen (14) days after service of the recommendation. No objections having been filed, this Court accepts the recommended decision of the Magistrate Judge and adopts it as its own.

**IT IS THEREFORE ORDERED**, that pursuant to 28 U.S.C. §1915(e)(2) Plaintiff's Complaint is Dismissed with Prejudice and this case is closed.

**IT IS SO ORDERED.**

Dated this 16th day of May, 2016 in Wichita, Kansas.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE